**Allen W. CRAWFORD, Petitioner–Appellant,**

v.

**Rick JACKSON, Respondent–Appellee.**

No. 00–7181.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

---

Allen W. Crawford, pro se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

■ Allen W. Crawford seeks to appeal the district court's order denying his 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) petition as untimely. We dismiss the appeal for lack of jurisdiction because Crawford's notice of appeal was not timely filed.

■ Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, *see* Fed.R.App .P. 4(a)(1), unless the district court extends the appeal period under Fed.R.App.P. 4(a)(5) or reopens the appeal period under Fed.R.App.P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on August 12, 1999. Crawford's notice of appeal was filed on November 24, 1999.* Because Crawford failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal. We dispense

---

* For the purpose of this appeal we assume that the date appearing on the notice of appeal is the earliest date it could have been given to

---

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

prison officials for mailing. *See* Fed.R.App.P. 4(c); *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).